JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

      - v. -            :

NATACHA JOSEPH,             :

      Defendant.       :

- - - - - - - - - - - - -

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____  AUG 2 1 2007
DATE FILED: _____
```

INDICTMENT

07 Cr. _____

**07 CRIM   785**

<u>COUNT ONE</u>

The Grand Jury charges:

From in or about April 2001, through on or about May 31, 2005, in the Southern District of New York and elsewhere, NATACHA JOSEPH, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, JOSEPH received more than $1,000 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NATACHA JOSEPH,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 641 and 2)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

Filed indictment. Arrest warrant issued for
defendant Joseph. Case assigned to Judge Scheindlin.
— Francis, J.

SRM
8/21/07