# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

April 24, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

<u>Via Facsimile</u>

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

CHAMBERS OF
APR 24 2008
USDC SDNY
JUDGE [illegible]
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

Re: <u>United States v. Natacha Joseph</u>
    07 Cr. 785 (SAS)

Dear Judge Scheindlin:

I write on behalf of my client, Natacha Joseph, to request an adjournment of a pretrial conference in the above-referenced case. The conference currently is scheduled for Monday, April 28 at 4:30. I request that the conference be adjourned for approximately one month.

The defense believes the adjournment is necessary to allow the parties to continue discussions regarding a disposition of this case short of trial. Assistant United States Attorney Todd Blanche has informed me that the government consents to this adjournment request.

Thank you for your time and consideration of this matter.

*[handwritten: Request granted. Conference adjourned to May 27 at 4:30 p.m. Time excluded.]*

Respectfully submitted,

*Peggy M. Cross*
Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

cc: AUSA Todd Blanche

*[handwritten: So Ordered: [signature] USDJ 4/24/08]*