# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

[Stamp: DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/23/08]

May 22, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**Via Facsimile**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



[Stamp: RECEIVED CHAMBERS OF MAY 22 2008 JUDGE SCHEINDLIN]

Re:  **United States v. Natacha Joseph**
     07 Cr. 785 (SAS)

Dear Judge Scheindlin:

    I write on behalf of my client, Natacha Joseph, to request an adjournment of a pretrial conference in the above-referenced case. The conference currently is scheduled for Tuesday May 27 at 3:00. I request that the conference be adjourned for approximately one month.

    The government has informed me that it is prepared to recommend a deferred prosecution in this case. The adjournment is necessary to allow the pretrial services office time to conduct an investigation so it can decide whether it believes the deferred prosecution is appropriate. Assistant United States Attorney Todd Blanche has informed me that the government consents to this adjournment request.

    The government requests that time between May 27 and the adjourn date be excluded from any speedy trial calculation. On behalf of Ms. Joseph, I consent to that exclusion.

    Thank you for your time and consideration of this matter.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel: (212) 417-8732

[Handwritten: Defendant's request is granted. The conference previously scheduled for May 27 is adjourned to Friday, June 27, at 4:30 p.m.
SO ORDERED
Dated: New York, New York
May 22, 2008
Shira A. Scheindlin, U.S.D.J.]

cc: AUSA Todd Blanche

TOTAL P.002