# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

June 25, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/08

JUDGE SCHEINDLIN

**Via Facsimile**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  **United States v. Natacha Joseph**
     **07 Cr. 785 (SAS)**

Dear Judge Scheindlin:

   I write on behalf of my client, Natacha Joseph, to request an adjournment of a pretrial conference in the above-referenced case. The conference currently is scheduled for Friday June 27 at 4:30. I request that the conference be adjourned for approximately two weeks.

   As the parties have informed the Court, the government is prepared to recommend a deferred prosecution in this case. The adjournment is necessary to allow the pretrial services office time to complete its investigation regarding the deferred prosecution. Assistant United States Attorney Todd Blanche has informed me that the government consents to this adjournment request.

   The government requests that time between June 27 and the adjourn date be excluded from any speedy trial calculation. On behalf of Ms. Joseph, I consent to that exclusion.

   Thank you for your time and consideration of this matter.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

*Handwritten: Request Granted. The conference scheduled for June 27, 2008 is adjourned to July 16, 2008 at 4:30 p.m. Time excluded.*

*So Ordered.*
U.S.D.J.
June 25, 2008

cc: AUSA Todd Blanche

TOTAL P.002